UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH,<br><br>                    Petitioner,<br><br>    v.<br><br>WASHINGTON STATE SUPREME COURT, *et al.*,<br><br>                    Respondents. | Case No. C17-0458-RSM-MAT<br><br>ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

      Petitioner's application to proceed *in forma pauperis* (Dkt. 7) is GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus (Dkt. 1) without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

      DATED this 9th day of May, 2017.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1