UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLAH,[1]

                Petitioner,

v.

WASHINGTON STATE SUPREME COURT, *et al.*,

                Respondents.

Case No. C17-0458RSM

ORDER DISMISSING ACTION

On May 9, 2017, Petitioner filed a Petition for Writ of Habeas Corpus after being granted leave to proceed *in forma pauperis*. Dkts. #9 and #10. From what the Court can discern, Petitioner claims in his petition that a 2002 criminal judgment is invalid because it does not name "Allah©" as the defendant. *See* Dkt. #10 at 7-8. Petitioner further claims that the Washington Department of Corrections has no records naming "Allah©" as a defendant, and that his current confinement is therefore unlawful. *See id*. Petitioner has therefore asked that this Court compel the judges of the Washington Supreme Court and the Washington Court of Appeals, Divisions I and III, to dismiss the 2002 King County case "for lack of jurisdiction and malicious prosecution." Dkt. #10

---

[1] Mr. Allah files all pleadings in this Court under the name "Allah©".

ORDER DISMISSING ACTION - 1

at 4. Petitioner also requests compensation in the amount of $50,000 for his alleged unlawful confinement, an unlimited hotel voucher for the Four Seasons Olympic Hotel in Seattle, immediate release from the Washington State Penitentiary, and taxi fare back to Seattle. *See id.*

After reviewing the Petition, the Honorable Mary Alice Theiler, United States District Judge, determined that it was deficient in that Petitioner failed to clearly articulate a viable constitutional claim, and he failed to show that any constitutional claims pertaining to his 2002 judgment have been properly exhausted in the state courts. Judge Theiler also determined that the Petition, even if it did identify a viable claim for relief, is likely barred by the federal statute of limitations, 28 U.S.C. § 2244(d). Accordingly, on May 9, 2017, Judge Theiler issued an Order directing Petitioner to show cause why his Petition should not be dismissed as time barred. Dkt. #11. Judge Theiler noted in the Order to Show Cause that although it is not entirely clear when Petitioner's 2002 state court judgment became final, the materials available to this Court suggest it was approximately 15 years ago, well beyond the one year limitations period set forth in 28 U.S.C. § 2244(d). *Id.* After receiving Petitioner's response to the Order to Show Cause, Judge Theiler issued her Report and Recommendation ("R&R"), recommending that this Court dismiss the Petition as untimely. Dkt. #13 at 3.

On May 23, 2017, Petitioner filed Objections to the R&R. In those Objections, he essentially repeats his argument that his conviction and judgment are invalid because they name "Edwin Randal Coston a/k/a Allah" as the criminal defendant rather than "Allah©." Dkts. #14 and #14-1. However, on May 31, 2017, Petitioner filed a brief entitled "Strike Allah's© Response To Report And Recommendation . . . Amended Petition for Extraordinary Writ of Habeas Corpus To Comel [sic] Allah's© ReleaseFrom Illegal Imprisonment Proposed Response to Report And Recommendation." Dkt. #15. Thus it appears that Petitioner now seeks to amend his Petition in

ORDER DISMISSING ACTION - 2

lieu of making Objections to the R&R.  Petitioner's brief appears to be drafted as a combination motion for release from prison and Amended Petition for Writ of Habeas Corpus.  *Id.*  Petitioner also now names only one Respondent – Donald R. Holbrook, Superintendent of the Washington State Prison at Walla Walla, WA.  *Id.* at 1.  Petitioner again appears to claim that he is being held in prison unlawfully because no official government documents, including his Warrant of Commitment, use the name "Allah©."  *Id.*

Having reviewed the R&R, Petitioner's responses thereto, and the remainder of the record, the Court now hereby ORDERS:

(1) The Report and Recommendation is approved and ADOPTED.  Nothing in Petitioner's responses demonstrate any legal error in the recommendations made by Judge Theiler;

(2) Petitioner's petition for writ of habeas corpus (Dkt. #10), and this action are DISMISSED as untimely under 28 U.S.C. § 2244(d);

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

(4) The Clerk SHALL send copies of this Order to Petitioner and to the Honorable Mary Alice Theiler.

DATED this 12 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 3