# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH,<br><br>       Petitioner,<br><br>       v.<br><br>WASHINGTON STATE SUPREME COURT,<br>et al.,<br><br>       Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:   C17-0458-RSM |

\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

      The Report and Recommendation is adopted and approved. Petitioner's writ of habeas corpus and this action are dismissed as untimely under 28 U.S.C. § 2244(d). In accordance with Rule 11 of the Rules Governing Section 2254 Cases in United States District Courts, a certificate of appealability is denied.

      Dated this 12 day of June, 2017.

                                                            WILLIAM M. MCCOOL
                                                                        Clerk

                                                   /s/ Rhonda Stiles
                                                   Deputy Clerk